# BROWN, SHIELS & O'BRIEN, LLC
### ATTORNEYS AT LAW

ROY S. SHIELS
HERMAN CUBBAGE BROWN, JR.
JOHN E. O'BRIEN

WALTER W. SPEAKMAN, JR.
GARY S. MELVIN

108 E. WATER ST.
DOVER, DELAWARE 19901
(302) 734-4766   (302) 674-2800

Mailing Address:
P.O. DRAWER F
DOVER, DE 19903

Fax Lines:
(302) 734-4877
(302) 674-4462

November 7, 2006

Peter T. Dalleo, Clerk
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801

Re:  Wilkerson v Wendover, Inc.
     C.A. No. 06-450  GMS



Dear Sir:

    Please find enclosed two Alias Summons to be signed by you so that we may have the above Complaint served on the Secretary of State. Defendant, we have determined, is an out of State entity who no longer has a resident agent in the State of Delaware.

    Also find enclosed a self addressed stamped envelope for receiving the executed Summons.

    If anything further is required please contact my office.

Very truly yours,
BROWN, SHIELS & O'BRIEN

ROY S. SHIELS

RSS\bs
enc.