## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRENDA L. WILKERSON,                          :
                                              :
       Plaintiff,                        :
                                              :
    v.                                      :   Case No. 06-450 (GMS)
                                              :
WENDOVER, INC. t/b/d/a                        :
WENDY'S, a Delaware corporation.              :
                                              :
       Defendant.                        :

### DEFENDANT WENDOVER, INC.'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, WenDover, Inc., t/d/b/a

WENDY'S ("WenDover"), by its undersigned counsel, moves for the dismissal of the Complaint

of Brenda L. Wilkerson ("Wilkerson"), which alleges claims under Title VII against WenDover

for sex discrimination, retaliation and punitive damages, and for an alleged violation of the

covenant of good faith and fair dealing.

The Court is respectfully referred to the accompanying brief for the reasons advanced in

support of this motion.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By:   /s/ Francis G.X. Pileggi
      Francis G.X. Pileggi, Esquire (#2624)
      Citizens Bank Center, Suite 1300
      919 North Market Street
      Wilmington, DE   19801-2323
      (302) 655-3667
      *Attorneys for Defendant, WenDover, Inc.*

Dated:  January 31, 2007

## CERTIFICATE OF SERVICE

I, Francis G. X. Pileggi, Esquire, hereby certify on this 31st day of January 2007, I electronically filed the foregoing Defendant WenDover, Inc.'s Motion to Dismiss Plaintiff's Complaint with accompanying Order with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Roy S. Shiels, Esquire
Brown Shiels & O'Brien LLC
108 E. Water St.
P.O. Drawer F
Dover, DE 19903
Email: rshiels@del-law.com


___/s/ Francis G.X. Pileggi_____
Francis G.X. Pileggi, Esquire (#2624)


Dated: January 31, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BRENDA L. WILKERSON,          :
                             :
      Plaintiff,             :
                             :
     v.                  :  Case No. 06-450 (GMS)
                             :
WENDOVER, INC. t/b/d/a      :
WENDY'S, a Delaware corporation.  :
                             :
      Defendant.          :

**ORDER**

      AND NOW, this _____ day of _____, 2007, upon consideration of the

attached Motion to Dismiss Plaintiff's Complaint, and any response thereto, it is hereby

ORDERED and DECREED that said Motion is GRANTED and all counts of Plaintiff's

Complaint are dismissed.

                        BY THE COURT:

                        _____
                                              J.

Dated: January __, 2007