## DISTRICT COURT - DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRENDA L. WILKERSON** | : | C.A. NO.: 06-450-(GMS) |
| **Plaintiff,** | : | |
| vs. | : | **STIPULATION FOR EXTENSION** |
| | : | **OF TIME FOR FILING** |
| **WENDOVER, INC. t/d/b/a** | : | |
| **WENDY'S, a Delaware corporation,** | : | |
| **Defendant.** | : | |

AND NOW COMES Plaintiff in the above action, through her counsel of record, and Defendant in the above action, through its counsel of record, who hereby stipulate and agree to the following extension of time subject to the approval of the Court.

1. The time for Plaintiff's response to Defendant Wendover, Inc's Motion to Dismiss is extended to on or before February 28, 2007.

                            BROWN, SHIELS & O'BRIEN

                            BY_____/s/ Roy S. Shiels_____
                                    ROY S. SHIELS, ESQUIRE
                                    P.O. DRAWER F
                                    108 E. WATER STREET
                                    DOVER, DELAWARE 19903
                                    ATTORNEY FOR
                                    302-734-4766   ID# 346

DATED: 2/1/07

                            BY____/s/ Francis G. X. Pileggi_____
                                    FRANCIS G. X. PILEGGI, ESQUIRE
                                    919 NORTH MARKET STREET, SUITE 1300
                                    P.O. BOX 2323
                                    WILMINGTON, DE 19899
                                    ATTORNEY FOR DEFENDANT
                                    302-655-3667 ID# 2624

DATED:  2/1/07


      IT IS SO ORDERED this           day of February, 2007


                              _____
                              GREGORY M. SLEET, J.