February 1, 2007

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:  Brenda Wilkerson v Wendover, Inc.
     C.A. No. 06-450-GMS

Dear Judge Sleet,

     After substituted service, counsel for Plaintiff agreed to extend the time for Defendant's response.  Defendant has now proposed by a filing a Motion to Dismiss.  Because of my temporary unavailability counsel has agreed, subject to your approval, to extend the time for responding to the Motion and accompanying Brief.  I enclose for Your Honor's consideration the Stipulation for Extension of Time agreed upon by the parties.

                              Very truly yours,
                              BROWN, SHIELS & O'BRIEN


                              /s/ROY S. SHIELS

RSS\bs
cc:  Francis G.X. Pillegi, Esquire