IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDA L. WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 06-450 GMS |
| WENDOVER, INC., t/d/b/a/ | ) |
| WENDY'S, a Delaware corporation | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Marvin L. Weinberg to represent Defendant WenDover, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Weinberg will be sent as required.

FOX ROTHSCHILD LLP

By: /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: fpileggi@foxrothschild.com

Attorneys for Defendant WenDover, Inc.

Dated: February 1, 2007

WM1A 93031v1 01/29/07

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Marvin L. Weinberg is GRANTED.

Dated: _____, 2007      _____
                                                           Judge

## CERTIFICATE OF SERVICE

I, Francis G. X. Pileggi, Esquire, hereby certify on this 1st day of February 2007, I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* of Marvin L. Weinberg with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Roy S. Shiels, Esquire
>Brown Shiels & O'Brien LLC
>108 E. Water St.
>P.O. Drawer F
>Dover, DE 19903
>Email: rshiels@del-law.com


>       /s/ Francis G.X. Pileggi
>Francis G.X. Pileggi, Esquire (#2624)

Dated: February 1, 2007

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: January 30, 2007

_____
Marvin L. Weinberg

WM1A 93031v1 01/29/07