DISTRICT COURT-DISTRICT OF DELAWARE

BRENDA L. WILKERSON : C.A. NO.: 06-450-(GMS)
: 
Plaintiff, :
:
vs. :
:
WENDOVER, INC. t/d/b/a : STATEMENT
WENDY'S, a Delaware corporation, :
:
Defendant. :
:

COUNTY OF KENT )
)SS
STATE OF DELAWARE )

BEFORE ME, a Notary Public in the County and State aforesaid, appeared Brenda L. Wilkerson, who after making herself known to be such did allege and aver as follows:

1. She is the Plaintiff in a discrimination suit filed in the District Court for the District of Delaware against Wendover, Inc.

2. She filed a charge under both State and Federal law in late October or early November of 2004. The name of the intake person she dealt with, she believes, was Antoine Boggert.

3. That approximately a month after interviewing with Boggert and filing her charge of discrimination against Wendover, Inc. she called Boggert and advised him of a change of address.

4. The change of address that she indicated to Boggert, whom she spoke with several times on the telephone before her case was taken over by another person, was from Hickman Drive in Laurel, Delaware (Sussex County) to Heather Drive in Milford, Delaware (Kent County).

5. When she received a "Right to Sue" letter from the State of Delaware concerning legal rights with the State of Delaware on or about May 1, 2006 it indicated on its face it had initially been mailed by the Delaware Department of Labor to the wrong address, the address in Laurel, Delaware.

_____
Brenda L. Wilkerson
DE LIC 296514

DONNA M. THOMPSON
NOTARY PUBLIC - DELAWARE
My Commission Expires November 14, 2007

SWORN TO AND SUBSCRIBED before me, a Notary Public in the State and County aforesaid, on the day and date first above written.

_____
Notary Public

Kent County
State of Delaware

2/21/07

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION PROGRAM**

Ms. Brenda Wilkerson
13 Hickman Drive
Laurel, DE 19956
vs.
Wendover, Inc.
1883 S. DuPont Highway
Dover, DE 19901
ATT: David Lovelace, Director of Operations

State Case No: 04110839

**FINAL DETERMINATION AND RIGHT TO SUE NOTICE**

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*No-Cause Determination and Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

This No Cause determination is based on the following facts: In this discrimination case, Charging Party must show that Respondent discriminated and retaliated against her because of her sex after she reported sexual harassment. She can show this by demonstrating that she was treated more harshly than her similarly situated male co-worker.

The evidence and information provided during the investigation reveal that Charging Party demonstrated behavioral problems and participated in inappropriate comments along with her alleged harasser. Respondent provided substantial evidence that Charging Party's witnesses were extremely biased regarding her sexual harassment allegations and Charging Party voluntarily resigned before the completion of their internal investigation. Therefore, Charging Party has failed to establish that illegal sex discrimination and retaliation occurred.

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Program.

10/31/05
Date issued

Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12NC : 05/05

# DISTRICT COURT - DISTRICT OF DELAWARE

BRENDA L. WILKERSON,

    Plaintiff,

vs.

WENDOVER, INC. t/d/b/a
WENDY'S, a Delaware corporation,

    Defendant.

C.A. NO.: 06-450-(GMS)

## STATEMENT

STATE OF DELAWARE  )
                         ) SS
COUNTY OF KENT     )

BEFORE ME, a Notary Public in the County and State aforesaid, appeared Brenda L. Wilkerson, who after making herself known to be such did allege and aver as follows:

1. She is the Plaintiff in a discrimination suit filed in the District Court for the District of Delaware against Wendover, Inc.

2. She filed a charge under both State and Federal law in late October or early November of 2004. The name of the intake person she dealt with, she believes, was Antoine Bogger.

3. That approximately a month after interviewing with Bogger and filing her charge of discrimination against Wendover, Inc. she called Boggert and advised him of a change of address.

4. The change of address that she indicated to Boggert, whom she spoke with several times on the telephone before her case was taken over by another person, was from Hickman Drive in Laurel, Delaware (Sussex County) to Heather Drive in Milford, Delaware (Kent County).

5. When she received a "Right to Sue" letter from the State of Delaware concerning legal rights with the State of Delaware on or about May 1, 2006 it indicated on its face it had initially been mailed by the Delaware Department of Labor to the wrong address, the address in Laurel, Delaware.

                                      _Brenda L. Wilkerson_
                                      Brenda L. Wilkerson
                                      DE Lic 2/21/07

SWORN TO AND SUBSCRIBED before me, a Notary Public in the State and County aforesaid, on the day and date first above written.

Kent County
State of Delaware

_Donna M. Thompson_  2/21/07
Notary Public

DONNA M. THOMPSON
NOTARY PUBLIC - DELAWARE
My Commission Expires November 14, 2007