IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRENDA L. WILKERSON,                  :
                                      :
      Plaintiff,                     :
                                      :
    v.                                :  Civil Action No. 06-450-JJF
                                      :
WENDOVER, INC. t/d/b/a                :
WENDY'S, a Delaware                   :
corporation,                          :
                                      :
      Defendant.                     :

## ORDER

At Wilmington, this 23 day of July, 2007, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that the Motion To Dismiss Plaintiff's Complaint (D.I. 4) filed by Defendant Wendover Inc. ("Wendover") is **GRANTED** with respect to Plaintiff's breach of the duty of good faith and fair dealing claim (Count IV), and **DENIED** with respect to the timeliness argument.  Count IV of Plaintiff's Complaint is **DISMISSED**.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE