IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDA L. WILKERSON, | : |
| | :    Case No.: 64-450 (JJF) |
| Plaintiff, | : |
| | : |
| v. | :    STIPULATION OF DISMISSAL |
| | : |
| WENDOVER, INC., t/d/b/a | : |
| WENDY'S, a Delaware corporation, | : |
| | : |
| Defendant. | : |
| | : |

    AND NOW COMES Plaintiff, by and through her counsel of record, and Defendant, by and through its counsel of record, who pursuant to Civil Rule 41 stipulate as follows:

    1.    Counsel of record for the parties hereto do stipulate and agree that their case has been settled and should therefore be dismissed with finality, with each party to bear their own costs.

Dated: 10/15/07                    BY_____/s/ Roy S. Shiels_____
                                         ROY S. SHIELS, ESQUIRE
                                         Counsel for Plaintiff
                                         108 E. Water St., P.O. Drawer F
                                         Dover, DE  19903
                                         302-734-4766   ID# 346

Dated: 10/15/07                      BY_____/s/ Francis G.X. Pilleggi_____
                                           FRANCIS G.X. PILLEGGI, ESQUIRE
                                         Counsel for Defendant
                                         919 N. Market St., Suite 1300
                                         Wilmington, DE  19899
                                         302-655-3667  ID#2624

    IT IS SO ORDERED this _____ day of _____, 2007.

                                                              _____
                                                               JOSEPH J. FARNUM, JR.