(14)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDA L. WILKERSON, | Case No.: 06-450 (JJF) |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL |
| WENDOVER, INC., t/d/b/a WENDY'S, a Delaware corporation, | |
| Defendant. | |

AND NOW COMES Plaintiff, by and through her counsel of record, and Defendant, by and through its counsel of record, who pursuant to Civil Rule 41 stipulate as follows:

1. Counsel of record for the parties hereto do stipulate and agree that their case has been settled and should therefore be dismissed with finality, with each party to bear their own costs.

Dated: 10/15/07         BY      /s/ Roy S. Shiels
                                ROY S. SHIELS, ESQUIRE
                                Counsel for Plaintiff
                                108 E. Water St., P.O. Drawer F
                                Dover, DE 19903
                                302-734-4766   ID# 346

Dated: 10/15/07         BY      /s/ Francis G.X. Pilleggi
                                FRANCIS G.X. PILLEGGI, ESQUIRE
                                Counsel for Defendant
                                919 N. Market St., Suite 1300
                                Wilmington, DE 19899
                                302-655-3667   ID#2624

IT IS SO ORDERED this 18 day of October, 2007.

JOSEPH J. FARNUM, JR.
FARNAN

Case 1:06-cv-00450-JJF    Document 15    Filed 10/18/2007    Page 2 of 2